UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK D. TRUE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO.  CV-08-357-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 8th day of October, 2009.

　　　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　　　District Court Executive/Clerk


　　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel